### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
*SENIOR RIDE TRANSPORTATION, LLC,*
*SENIORCARE EMERGENCY MEDICAL SERVICES, INC.,*
*AND MICHAEL VATCH.*
58 South Service Road, Suite 250
Melville, New York  11747
(631) 247-0404
        ATTORNEY OF RECORD:
                BRENDAN SWEENEY, ESQ.
                CATALINA CADAVID, ESQ.

-------------------------------------------------------------------------X

JUSTIN WASHINGTON and JOSEPH BOLANOS,
on behalf of themselves, FLSA Collective Plaintiffs
and Class members,

                             Plaintiffs,

               v.                                Civ. No.:  21-cv-01907 (VSB)(KHP)

SENIOR RIDE TRANSPORTATION, LLC,
SENIORCARE EMERGENCY MEDICAL
SERVICES INC and MICHAEL VATCH,

                             Defendants.

-------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendants' Motion to Dismiss the Complaint, Declaration of Mark Furman and accompanying

exhibits, and upon all the pleadings and proceedings herein, Defendant will move this Court at

such date and time as the Court may direct, before Hon. Vernon S. Broderick, U.S.D.J. at the

United States Federal Courthouse for the Southern District of New York, 40 Foley Square, New

York, NY 10007, for an order granting the dismissal of Plaintiffs' Complaint pursuant to Fed. R.

Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and, and for such other and further relief as this Court may deem just and proper.

Dated: Melville, New York
       April 19, 2021

                                    Respectfully submitted,

                                    JACKSON LEWIS P.C.
                                    *ATTORNEY FOR DEFENDANT*
                                    *AMERICAN MEDICAL RESPONSE, INC.*
                                    58 South Service Road, Suite 250
                                    Melville, New York 11747
                                    631-247-0404

                            By:     /s/ *Brendan Sweeney*
                                    BRENDAN SWEENEY

4849-3980-6694, v. 1