UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUSTIN WASHINGTON and JOSEPH :
BOLANOS, on behalf of themselves, FLSA :
collective plaintiffs and class members, :
:
                          Plaintiffs, : 21-CV-1907 (VSB)
:
             -against- : **ORDER**
:
:
SENIOR RIDE TRANSPORTATION, LLC, :
et al., :
:
                         Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' joint letter and proposed joint stipulation of dismissal without prejudice. (*See* Doc. 23; Doc. 23-1.) For the sake of clarity, the parties are ORDERED to file a joint letter, by July 16, 2021, informing me whether the contemplated settlement releases claims filed pursuant to the Fair Labor Standards Act.

SO ORDERED.

Dated: July 14, 2021
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge